

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00329-CR

## IN RE LONDELL MOZEE

Original Proceeding

From the 54th District Court
McLennan County, Texas
Trial Court No. 2018-2215-C2

## MEMORANDUM OPINION

Londell Mozee's petition for writ of mandamus, filed on October 7, 2022, asked this Court to compel the trial court to rule on Mozee's motion for judgment "Nunc Pro Tunc." On October 14, 2022, this Court received the trial court's Order Denying Nunc Pro Tunc.

Accordingly, Mozee's petition for writ of mandamus is now moot and is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
 Justice Smith, and
 Justice Davis[1]
Petition dismissed as moot
Opinion delivered and filed October 26, 2022
Do not publish
[OT06]



---